## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7333 | **DATE** | 11/24/2009 |
| **CASE TITLE** | Virginia Surety Co., Inc. Vs. Certain Underwriters at Lloyds, London | | |

**DOCKET ENTRY TEXT**

Lawrence W. Pollack and Laurie A. Moffat are granted leave to appear pro hac vice on behalf of the defendant Certain Underwriters at Lloyd's London.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|