UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Virginia Surety Company Inc
                                    Plaintiff,

v.                                                                 Case No.: 1:09−cv−07333
                                                                   Honorable Milton I. Shadur

Certain Underwriters At Lloyd's London
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2009:

      MINUTE entry before the Honorable Milton I. Shadur:This Court's November 25, 2009 memorandum opinion and order ("Opinion") identified a subject matter jurisdictional question and directed the parties to address the matter at an early date. In the interim plaintiff's counsel noticed up, for an even earlier presentment date of December 2, a motion directed to the substantive aspects of the litigation. Because jurisdiction is of course a threshold consideration that must be dealt with before any such substantive issues, both sides' counsel should be prepared to address the question posed by the Opinion at the December 2 presentment date. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.